# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | Case No. 23-cr-00292 CKK |
| KEVON JACKSON | * | |

\* \* \* \* \* \* \*

## NOTICE OF WAIVER OF SPEEDY TRIAL

COMES NOW, the Defendant, Kevon Jackson, by and through his counsel, Nicholas G. Madiou and Brennan, McKenna & Lawlor, Chartered, and having been advised of his right to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161, for the time between January 4, 2024 and February 22, 2024, hereby knowingly and intelligently waives his right to a speedy trial and consents to the tolling of the time on the speedy trial clock in this matter.

Respectfully submitted,

January 26, 2024

*Kevon Jackson*
Kevon Jackson – Defendant

January 26, 2024

/s/
_____
Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (telephone number)
301-474-5730 (facsimile number)
nmadiou@brennanmckenna.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2024, a copy of the foregoing was sent via electronic filing to the United States Attorney's Office for the District of Columbia.

/s/
_____
Nicholas G. Madiou